# EXHIBIT 5

**WELLS FARGO SECURITIES**

550 South Tryon Street
10th Floor
MAC D1086-102
Charlotte, NC 28202

**VIA OVERNIGHT COURIER**

February 26, 2018

Katy McBride, Vice President, Chief Compliance Officer
LJM Investment Fund, L.P.
440 S. LaSalle St
Suite 2301
Chicago, IL 60605

Re:   **Supplement to February 9, 2018 letters**

Dear Ms. McBride:

On February 9, 2018, Wells Fargo Securities, LLC ("WFS") sent to LJM Investment Fund, L.P. ("Customer") two letters, a Notice of Event of Default and Notice of Events of Default and Reservation of Rights. Those letters (which are incorporated by reference) stated, among other things, that Customer breached its obligation to make a margin deposit of $16,367,911.62 as demanded by WFS. WFS hereby supplements those letters to state that the ultimate margin shortfall is the aforementioned $16,367,911.62, and that Customer continues to be in breach of its obligation to pay that amount to WFS. As is stated in the two February 9 letters, this is not intended to be a complete list of issues and defaults, and WFS reserves all of its rights and remedies.

Sincerely,

**WELLS FARGO SECURITIES, LLC**

_/s/ George Simonetti_
Name: George Simonetti

Title:   Managing Director



Together we'll go far