# **EXHIBIT 6**



```
WELLS FARGO SECURITIES, LLC.                           ACCOUNT NUMBER: B US01  507R0045
550 S. TRYON STREET                                    STATEMENT DATE: FEB  8, 2018
CHARLOTTE, NC  28202

        INTRODUCED BY
CAPITAL TRADING GROUP, LP
                DAILY STATEMENT


 LJM INVESTMENT FUND, L.P.
 ONE FINANCIAL PLACE
 440 S LASALLE STE 2301
 CHICAGO, IL 60605
 UNITED STATES



                             **USD SEGREGATED **   **  CONV SCM SEG **   ** 9Z CONV TOTAL **
BEGINNING BALANCE               16,367,911.62DR       16,367,911.62DR       16,367,911.62DR
ENDING BALANCE                  16,367,911.62DR       16,367,911.62DR       16,367,911.62DR

TOTAL EQUITY                    16,367,911.62DR       16,367,911.62DR       16,367,911.62DR
ACCOUNT VALUE AT MARKET         16,367,911.62DR       16,367,911.62DR       16,367,911.62DR

MARGIN DEFICIT                  16,367,911.62DR       16,367,911.62DR       16,367,911.62DR

PENDING INCREMENTAL EXC/DEF     16,367,911.62DR       16,367,911.62DR       16,367,911.62DR
```



```
WELLS FARGO SECURITIES, LLC.                    ACCOUNT NUMBER: B US01  507R0045
550 S. TRYON STREET                             STATEMENT DATE: FEB  8, 2018
CHARLOTTE, NC  28202

         INTRODUCED BY
CAPITAL TRADING GROUP, LP
                DAILY STATEMENT


 LJM INVESTMENT FUND, L.P.
 ONE FINANCIAL PLACE
 440 S LASALLE STE 2301
 CHICAGO, IL 60605
 UNITED STATES
```

PAGE    2

```
***************   STATEMENT OF ACCOUNT DISCLOSURE  *****************
*                                                                  *
THE STATEMENT OF ACCOUNT TO WHICH THIS DISCLOSURE IS ATTACHED (THE
"STATEMENT") IS BEING PROVIDED TO YOU BY WELLS FARGO SECURITIES, LLC
("WFS") AS REQUIRED BY CFTC REGULATION 1.33.
*                                                                  *
THE STATEMENT REPRESENTS THE ONLY OFFICIAL RECORD OF TRANSACTIONS
IN YOUR ACCOUNT. OTHER RECORDS (EXCEPT OFFICIAL TAX DOCUMENTS)
CONTAINING CONFLICTING INFORMATION SHOULD NOT BE RELIED UPON. IT IS
AGREED THAT THE STATEMENT, ALL TRANSACTIONS MADE BY WFS FOR YOUR
ACCOUNT AND ALL ORDERS ARE SUBJECT TO THE PROVISIONS OF YOUR FUTURES
AND CLEARED SWAPS AGREEMENT (WHOSE TERMS ARE INCORPORATED HEREIN BY
REFERENCE), ANY OTHER WRITTEN AGREEMENT BETWEEN YOU AND WFS, AND
APPLICABLE LAW (AS DEFINED THEREIN).
*                                                                  *
REPORTS OF THE CONFIRMATIONS OF YOUR TRANSACTIONS AND STATEMENTS OF
YOUR ACCOUNT SHALL BE DEEMED CORRECT AND SHALL BE CONCLUSIVE AND
BINDING UPON YOU UNLESS YOU NOTIFY WFS OTHERWISE IMMEDIATELY AFTER
YOUR RECEIPT OF SUCH REPORTS OR STATEMENTS FROM US OR WE OTHERWISE
NOTIFY YOU OF ANY ERRORS. SUCH OBJECTION ON YOUR PART SHOULD BE
REPORTED BY PHONE WITH DCS CLIENT SERVICES AT 704-410-8000 OR TOLL
FREE 855-383-7850 OR BY EMAIL AT DCSCLIENTSUPPORT@WELLSFARGO.COM.
*                                                                  *
FAILURE TO SO OBJECT SHALL BE DEEMED RATIFICATION BY YOU OF ALL
ACTIONS TAKEN BY US OR OUR OFFICERS, EMPLOYEES AND AGENTS PRIOR TO
THE DATE ON WHICH SUCH REPORT OR STATEMENT WAS FURNISHED TO YOU.
WFS'S SOLE LIABILITY IN RESPECT OF ANY DEFICIENCY IN THE ACCURACY OR
COMPLETENESS OF SUCH REPORTS AND STATEMENTS SHALL BE TO PROVIDE YOU
WITH A CORRECTED REPORT OR STATEMENT AFTER BEING NOTIFIED BY OR
NOTIFYING YOU OF ANY ERROR OR DEFICIENCY.
*                                                                  *
THE CONTENTS OF THE STATEMENT AND ANY ATTACHMENTS ARE CONFIDENTIAL
INFORMATION AND INTENDED FOR THE NAMED ADDRESSEE(S) ONLY. IF YOU ARE
NOT THE INTENDED RECIPIENT PLEASE NOTIFY US IMMEDIATELY AND DO NOT
DISCLOSE, DISTRIBUTE OR RETAIN THE STATEMENT OR ANY ATTACHMENTS. IF
THE STATEMENT WAS DELIVERED VIA EMAIL, WFS BELIEVES, BUT DOES NOT
WARRANT, THAT ANY EMAIL AND ANY ATTACHMENTS ARE VIRUS FREE. HOWEVER,
YOU MUST THEREFORE TAKE FULL RESPONSIBILITY FOR MAINTAINING AN
ANTI-VIRUS PROGRAM ON THE SYSTEM WHICH RECEIVED THIS EMAIL.
*                                                                  *
IF YOU HAVE AN ERROR OR ANY ISSUE WHICH IS NOT RESOLVED TO YOUR
SATISFACTION, PLEASE CONTACT OUR COMPLIANCE DEPARTMENT AT 312-368-6481
OR 704-410-2153.
*                                                                  *
WHILE CERTAIN PRODUCTS MAY BE REGULATED JOINTLY BY THE COMMODITY
```



```
WELLS FARGO SECURITIES, LLC.                    ACCOUNT NUMBER: B US01  507R0045
550 S. TRYON STREET                             STATEMENT DATE: FEB  8, 2018
CHARLOTTE, NC  28202

         INTRODUCED BY
CAPITAL TRADING GROUP, LP
                 DAILY STATEMENT


 LJM INVESTMENT FUND, L.P.
 ONE FINANCIAL PLACE
 440 S LASALLE STE 2301
 CHICAGO, IL 60605
 UNITED STATES


                                                                   PAGE     3
         FUTURES TRADING COMMISSION ("CFTC") AND SECURITIES AND EXCHANGE
         COMMISSION ("SEC")  (SUCH AS SECURITY FUTURES AND CREDIT DEFAULT
         SWAPS), WHEN THOSE PRODUCTS ARE HELD IN A FUTURES ACCOUNT, THEY ARE
         NOT SUBJECT TO THE PROTECTIONS UNDER SEC RULES OR THE SECURITIES
         INVESTOR PROTECTION ACT OF 1970 AND WILL NOT BE ENTITLED TO SECURITIES
         INVESTOR PROTECTION CORPORATION ("SIPC") COVERAGE OR EXCESS SIPC
         INSURANCE COVERAGE. IN THE UNLIKELY EVENT OF WFS'S INSOLVENCY, YOUR
         RIGHTS SHALL BE DETERMINED PURSUANT TO THE COMMODITY BROKER
         LIQUIDATION PROVISIONS OF THE BANKRUPTCY CODE AND THE CFTC'S
         REGULATIONS.
         *                                                             *
         ***********************   END OF DISCLOSURE   ************************
```