| JS 44C/SDNY | CIVIL COVER SHEET |
|---|---|
| REV. 06/01/17 | |

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER          ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐    Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed.  No ☐  Yes ☐   If yes, give date _____ & Case No. _____

Is this an international arbitration case?       No ☐     Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

**TORTS**                                                                   **ACTIONS UNDER STATUTES**

**CONTRACT**          **PERSONAL INJURY**     **PERSONAL INJURY/**     **FORFEITURE/PENALTY**   **BANKRUPTCY**           **OTHER STATUTES**

[ ] 110 INSURANCE              [ ] 310 AIRPLANE              [ ] 367 HEALTHCARE/           [ ] 625 DRUG RELATED      [ ] 422 APPEAL            [ ] 375 FALSE CLAIMS
[ ] 120 MARINE                 [ ] 315 AIRPLANE PRODUCT      PHARMACEUTICAL PERSONAL           SEIZURE OF PROPERTY         28 USC 158           [ ] 376 QUI TAM
[ ] 130 MILLER ACT                     LIABILITY             INJURY/PRODUCT LIABILITY         21 USC 881             [ ] 423 WITHDRAWAL        [ ] 400 STATE
[ ] 140 NEGOTIABLE             [ ] 320 ASSAULT, LIBEL &      [ ] 365 PERSONAL INJURY       [ ] 690 OTHER                     28 USC 157               REAPPORTIONMENT
        INSTRUMENT                     SLANDER                       PRODUCT LIABILITY                                                          [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF            [ ] 330 FEDERAL               [ ] 368 ASBESTOS PERSONAL                               **PROPERTY RIGHTS**       [ ] 430 BANKS & BANKING
        OVERPAYMENT &                  EMPLOYERS'                    INJURY PRODUCT                                                             [ ] 450 COMMERCE
        ENFORCEMENT                    LIABILITY                     LIABILITY                                       [ ] 820 COPYRIGHTS        [ ] 460 DEPORTATION
        OF JUDGMENT            [ ] 340 MARINE                                                                        [ ] 830 PATENT            [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT           [ ] 345 MARINE PRODUCT        **PERSONAL PROPERTY**                                   [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION      ENCED & CORRUPT
[ ] 152 RECOVERY OF                    LIABILITY                                                                     [ ] 840 TRADEMARK                 ORGANIZATION ACT
        DEFAULTED              [ ] 350 MOTOR VEHICLE         [ ] 370 OTHER FRAUD                                                                         (RICO)
        STUDENT LOANS          [ ] 355 MOTOR VEHICLE         [ ] 371 TRUTH IN LENDING                                                           [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)                PRODUCT LIABILITY                                                             **SOCIAL SECURITY**       [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF            [ ] 360 OTHER PERSONAL                                      **LABOR**
        OVERPAYMENT                    INJURY                [ ] 380 OTHER PERSONAL                                  [ ] 861 HIA (1395ff)      [ ] 850 SECURITIES/
        OF VETERAN'S           [ ] 362 PERSONAL INJURY -             PROPERTY DAMAGE       [ ] 710 FAIR LABOR        [ ] 862 BLACK LUNG (923)          COMMODITIES/
        BENEFITS                       MED MALPRACTICE       [ ] 385 PROPERTY DAMAGE               STANDARDS ACT     [ ] 863 DIWC/DIWW (405(g))        EXCHANGE
[ ] 160 STOCKHOLDERS                                                 PRODUCT LIABILITY    [ ] 720 LABOR/MGMT         [ ] 864 SSID TITLE XVI
        SUITS                                                                                      RELATIONS         [ ] 865 RSI (405(g))
[ ] 190 OTHER                                                **PRISONER PETITIONS**        [ ] 740 RAILWAY LABOR ACT                            [ ] 890 OTHER STATUTORY
        CONTRACT                                             [ ] 463 ALIEN DETAINEE        [ ] 751 FAMILY MEDICAL    **FEDERAL TAX SUITS**             ACTIONS
[ ] 195 CONTRACT                                             [ ] 510 MOTIONS TO                   LEAVE ACT (FMLA)                              [ ] 891 AGRICULTURAL ACTS
        PRODUCT                **ACTIONS UNDER STATUTES**            VACATE SENTENCE                                 [ ] 870 TAXES (U.S. Plaintiff or
        LIABILITY                                                    28 USC 2255           [ ] 790 OTHER LABOR              Defendant)         [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE              **CIVIL RIGHTS**              [ ] 530 HABEAS CORPUS                LITIGATION         [ ] 871 IRS-THIRD PARTY           MATTERS
                                                             [ ] 535 DEATH PENALTY         [ ] 791 EMPL RET INC              26 USC 7609       [ ] 895 FREEDOM OF
                               [ ] 440 OTHER CIVIL RIGHTS    [ ] 540 MANDAMUS & OTHER              SECURITY ACT (ERISA)                                INFORMATION ACT
**REAL PROPERTY**                      (Non-Prisoner)                                                                                           [ ] 896 ARBITRATION
                               [ ] 441 VOTING                                              **IMMIGRATION**                                      [ ] 899 ADMINISTRATIVE
[ ] 210 LAND                   [ ] 442 EMPLOYMENT            **PRISONER CIVIL RIGHTS**                                                                  PROCEDURE ACT/REVIEW OR
        CONDEMNATION           [ ] 443 HOUSING/                                            [ ] 462 NATURALIZATION                                       APPEAL OF AGENCY DECISION
[ ] 220 FORECLOSURE                    ACCOMMODATIONS        [ ] 550 CIVIL RIGHTS                  APPLICATION
[ ] 230 RENT LEASE &           [ ] 445 AMERICANS WITH        [ ] 555 PRISON CONDITION      [ ] 465 OTHER IMMIGRATION                            [ ] 950 CONSTITUTIONALITY OF
        EJECTMENT                      DISABILITIES -        [ ] 560 CIVIL DETAINEE                ACTIONS                                              STATE STATUTES
[ ] 240 TORTS TO LAND                  EMPLOYMENT                    CONDITIONS OF CONFINEMENT
[ ] 245 TORT PRODUCT           [ ] 446 AMERICANS WITH
        LIABILITY                      DISABILITIES -OTHER
[ ] 290 ALL OTHER              [ ] 448 EDUCATION
        REAL PROPERTY

*Check if demanded in complaint:*

☐  CHECK IF THIS IS A **CLASS ACTION**          DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
     UNDER F.R.C.P. 23                          AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                                IF SO, STATE:

DEMAND $_____ OTHER _____        JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO                         NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from (Specify District) ☐ 6 Multidistrict Litigation (Transferred) ☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented

☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE                SIGNATURE OF ATTORNEY OF RECORD                ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #                                                                                               Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)