February 5, 2018

Scott Sykora, President
Katy McBride, Compliance & Operations Manager
LJM Fund, L.P.
440 S. LaSalle St
Suite 2301
Chicago, IL 60605

Dear Mr. Sykora & Ms. McBride:

Pursuant to Section 24 of the Futures and Cleared Swaps Agreement by and between LJM Fund, L.P. and Wells Fargo Securities, LLC ("WFS") dated as of March 31, 2015 (the "Agreement"), WFS is hereby serving notice that the Agreement is to be terminated effective February 6, 2018. Please promptly close out or transfer any open positions in the account.

If you have any questions regarding this notice, please contact George Simonetti at 704-410-5200 or by e-mail at george.simonetti@wellsfargo.com.

Sincerely,

**WELLS FARGO SECURITIES, LLC**

Name: George Simonetti
Title: Managing Director

February 5, 2018

Scott Sykora, President
Katy McBride, Compliance & Operations Manager
LJM Funds Management, LTD
440 S. LaSalle St
Suite 2301
Chicago, IL 60605

Dear Mr. Sykora & Ms. McBride:

Pursuant to Section 24 of the Futures and Cleared Swaps Agreement by and between LJM Funds Management, LTD and Wells Fargo Securities, LLC ("WFS") dated as of March 31, 2015 (the "Agreement"), WFS is hereby serving notice that the Agreement is to be terminated effective February 6, 2018. Please promptly close out or transfer any open positions in the account.

If you have any questions regarding this notice, please contact George Simonetti at 704-410-5200 or by e-mail at george.simonetti@wellsfargo.com.

Sincerely,

**WELLS FARGO SECURITIES, LLC**

Name: George Simonetti
Title: Managing Director

February 5, 2018

Scott Sykora, President
Katy McBride, Compliance & Operations Manager
LJM Investment Fund, L.P.
440 S. LaSalle St
Suite 2301
Chicago, IL 60605

Dear Mr. Sykora & Ms. McBride:

Pursuant to Section 24 of the Futures and Cleared Swaps Agreement by and between LJM Investment Fund, L.P. and Wells Fargo Securities, LLC ("WFS") dated as of February 26, 2015 (the "Agreement"), WFS is hereby serving notice that the Agreement is to be terminated effective February 6, 2018. Please promptly close out or transfer any open positions in the account.

If you have any questions regarding this notice, please contact George Simonetti at 704-410-5200 or by e-mail at george.simonetti@wellsfargo.com.

Sincerely,

**WELLS FARGO SECURITIES, LLC**

Name: George Simonetti
Title: Managing Director

February 5, 2018

Scott Sykora, President
Katy McBride, Compliance & Operations Manager
LJM Master Trading Fund, L.P.
440 S. LaSalle St
Suite 2301
Chicago, IL 60605

Dear Mr. Sykora & Ms. McBride:

Pursuant to Section 24 of the Futures and Cleared Swaps Agreement by and between LJM Master Trading Fund, L.P. and Wells Fargo Securities, LLC ("WFS") dated as of March 31, 2015 (the "Agreement"), WFS is hereby serving notice that the Agreement is to be terminated effective February 6, 2018. Please promptly close out or transfer any open positions in the account.

If you have any questions regarding this notice, please contact George Simonetti at 704-410-5200 or by e-mail at george.simonetti@wellsfargo.com.

Sincerely,

**WELLS FARGO SECURITIES, LLC**

Name: George Simonetti
Title: Managing Director

February 5, 2018

Thomas A. Nieman, Managing Principal
Greg Bellush, Managing Director
LJM Partners Insurance Fund Series Interest
of the Sali Multi-Series Fund, L.P.
6836 Austin Center Blvd.
STE 320
Austin, TX 78731

Dear Mr. Nieman & Mr. Bellush:

Pursuant to Section 24 of the Futures and Cleared Swaps Agreement by and between LJM Partners Insurance Fund Series Interest of the Sali Multi-Series Fund, L.P. and Wells Fargo Securities, LLC ("WFS") dated as of March 31, 2015 (the "Agreement"), WFS is hereby serving notice that the Agreement is to be terminated effective February 6, 2018. Please promptly close out or transfer any open positions in the account.

If you have any questions regarding this notice, please contact George Simonetti at 704-410-5200 or by e-mail at george.simonetti@wellsfargo.com.

Sincerely,

**WELLS FARGO SECURITIES, LLC**

[signature]

Name: George Simonetti
Title: Managing Director

February 5, 2018

Scott Sykora, President
Katy McBride, Compliance & Operations Manager
LJM Preservation and Growth Fund, L.P.
440 S. LaSalle St
Suite 2301
Burbank, IL 60605

Dear Mr. Sykora & Ms. McBride:

Pursuant to Section 24 of the Futures and Cleared Swaps Agreement by and between LJM Preservation and Growth Fund, L.P. and Wells Fargo Securities, LLC ("WFS") dated as of May 19, 2014 (the "Agreement"), WFS is hereby serving notice that the Agreement is to be terminated effective February 6, 2018. Please promptly close out or transfer any open positions in the account.

If you have any questions regarding this notice, please contact George Simonetti at 704-410-5200 or by e-mail at george.simonetti@wellsfargo.com.

Sincerely,

**WELLS FARGO SECURITIES, LLC**

[signature]
Name: George Simonetti
Title: Managing Director