UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO SECURITIES, LLC,

                 Plaintiff,

against

LJM INVESTMENT FUND, L.P., et al.

                 Defendants.

CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

A discovery conference was held by telephone today, December 19, 2019. For the reasons stated on the record, Defendant LJM's request for certain discovery is DENIED.

Dated:    New York, New York
            December 19, 2019

                                          SO ORDERED

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**