UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO SECURITIES, LLC,<br><br>                              Plaintiff,<br><br>    -v-<br><br>LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD,<br><br>                              Defendants.<br><br>LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P.,<br><br>                              Counterclaimants,<br><br>    -v-<br><br>WELLS FARGO SECURITIES, LLC,<br><br>                              Counter-Defendant | CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the status conference held today, June 17, 2021, the Court orders as follows:

1. With respect to LJM's Request No. 18, Wells Fargo shall promptly ascertain whether it issued any termination notices on February 5, 2018 or February 6, 2018 with respect to the VIX event to any clients other than LJM.  Wells Fargo shall advise LJM of the answer to that question, and, if any such termination notices exist, the parties shall meet and confer regarding the scope of any further, limited discovery that may be necessary; and

2. By **July 1, 2021**, LJM shall file a consent-motion for leave to amend their First Amended Answer and Counterclaims in order to withdraw their request for punitive damages.

The Court will hold a status conference on **Thursday, September 9, 2021 at 10:00 am** on the Court's conference line. The Parties are directed to call: 866-390-1828; access code: 380-9799, at the scheduled time.

Dated: New York, New York
June 17, 2021

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**

2