UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO SECURITIES, LLC,<br><br>       Plaintiff,<br><br>-v-<br><br>LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD,<br><br>       Defendants.<br><br>LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P.,<br><br>       Counterclaimants,<br><br>-v-<br><br>WELLS FARGO SECURITIES, LLC,<br><br>       Counter-Defendant | CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the status conference held today, September 9, 2021, the Court orders as follows:

1. LJM shall produce the transcripts of interviews or depositions of any LJM employee conducted in the SEC and/or CFTC actions against LJM (the "Regulatory Actions") to the extent that those employees made statements regarding LJM's risk management protocols and procedures. Wells Fargo shall investigate whether any of its employees were interviewed or deposed in the Regulatory Actions, whether transcripts are available, and, if so, produce the transcripts;

2. LJM shall prioritize its production of the trading data and reports for the estimated five to ten "high volatility events" referenced in LJM's Counterclaims, with the complete range of trading data and reports to follow;

3. LJM shall respond to Wells Fargo's interrogatories seeking the identity of any futures commissioner merchants ("FCMs") with whom LJM communicated on February 5–6, 2018 concerning the transfer of its portfolio.  LJM need not respond to Wells Fargo's interrogatories seeking the identity of "any other FCM that LJM internally discussed for such transfer" (ECF No. 136 at 3);

4. By separate order, the Court will enter the Confidentiality and Stipulation and Protective Order filed at ECF No. 140.  As discussed with and agreed to by the parties at today's status conference, the Court inserted the phrase "and may raise any disagreements with the Court" to Paragraph 8 of the Protective Order;

5. The discovery schedule is extended by 30 days as follows:

    a. Party document discovery shall be completed by **November 1, 2021**;

    b. Party depositions shall be completed by **December 30, 2021**;

    c. Third-party document discovery shall be completed by **December 30, 2021**;

    d. Third-party depositions shall be completed by **March 2, 2022**;

    e. Opening expert reports shall be served by **March 2, 2022**;

    f. Rebuttal expert reports shall be served by **April 15, 2022**;

    g. Expert depositions shall be completed by **May 18, 2022**;

    h. Motions for summary judgment shall be filed by **June 17, 2022**; and

6. The Court will hold a status conference on **Thursday, October 7, 2021 at 10:00 am** on the Court's conference line. The Parties are directed to call: 866-390-1828; access code: 380-9799, at the scheduled time. **By October 1, 2021**, the parties shall file a joint letter reporting on the status of discovery and outlining any issues as to which there is a dispute requiring the Court's attention.

Dated:    New York, New York
            September 9, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge