UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO SECURITIES, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>-v-<br><br>LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD,<br><br>　　　　　　　　Defendants.<br><br>LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P.,<br><br>　　　　　　　　Counterclaimants,<br><br>-v-<br><br>WELLS FARGO SECURITIES, LLC,<br><br>　　　　　　　　Counter-Defendant | CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the conference held today, October 7, 2021, the Court orders as follows:

1. By **November 5, 2021**, the parties shall file a joint letter reporting on the status of the issues raised in their letter at ECF No. 145. If there remain any issues that the parties are unable to resolve on their own, the Court will decide whether to hold another conference and/or whether the submission of documents for the Court's <u>in camera</u> review is warranted.

Dated:　　New York, New York　　　　　　SO ORDERED.
　　　　　October 7, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**