UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO SECURITIES, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>-v-<br><br>LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD,<br><br>　　　　　　　　　Defendants.<br><br>LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P.,<br><br>　　　　　　　　　Counterclaimants,<br><br>-v-<br><br>WELLS FARGO SECURITIES, LLC,<br><br>　　　　　　　　　Counter-Defendant | CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the status conference held today, February 3, 2022, the Court orders as follows:

1. By **February 9, 2022**, LJM shall file a letter (the "Letter"), limited to two pages, regarding its request for unredacted copies of documents or communications concerning Wells Fargo's non-LJM futures commission merchant ("FCM") customers who met certain levels of risk metrics during the early February 2018 timeframe. The Letter shall include the two exemplar documents discussed during the conference (the "Exemplars");

2. By **February 14, 2022**, Wells Fargo shall: (i) file its response, limited to two pages, to the Letter; and (ii) email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) unredacted copies of the Exemplars for the Court's in camera review;

3. The parties shall meet and confer to identify two Wells Fargo custodians (the "Custodians") for each of the two high volatility events that occurred from January 13, 2016 through January 23, 2016 and from February 9, 2016 through February 13, 2016 (the "High Volatility Events"). Once the Custodians are identified, Wells Fargo shall promptly search for and produce any communications relating to LJM's risk management techniques concerning the High Volatility Events; and

4. The discovery schedule is extended as follows:

    a. The parties shall identify party-deposition witnesses by **March 4, 2022**;

    b. Party and third-party depositions shall be completed by **May 27, 2022**;

    c. Opening expert reports shall be served by **June 10, 2022**;

    d. Rebuttal expert reports shall be served by **July 25, 2022**;

    e. Expert depositions shall be completed by **August 29, 2022**;

    f. Motions for summary judgment shall be filed by **September 28, 2022**; and

The Court will hold a status conference on **Tuesday, May 3, 2022 at 11:00 am** on the Court's conference line. The Parties are directed to call: 866-390-1828; access code: 380-9799, at the scheduled time.

Dated:   New York, New York          SO ORDERED.
         February 3, 2022

                                     _____
                                     SARAH L. CAVE
                                     **United States Magistrate Judge**