UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO SECURITIES, LLC,<br><br>      Plaintiff,<br><br>-v-<br><br>LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD,<br><br>      Defendants. | CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC)<br><br>**ORDER** |
| LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P.,<br><br>      Counterclaimants,<br><br>-v-<br><br>WELLS FARGO SECURITIES, LLC,<br><br>      Counter-Defendant | |

**SARAH L. CAVE,** United States Magistrate Judge:

A telephone conference is scheduled for **Friday, February 18, 2022 at 2:00 pm** on the Court's conference line to discuss LJM's letter at ECF No. 158.  The Parties are directed to call: 866-390-1828; access code: 380-9799, at the scheduled time.

Dated:  New York, New York
     February 15, 2022

                   SO ORDERED.

                   _____
                   **SARAH L. CAVE**
                   **United States Magistrate Judge**