UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO SECURITIES, LLC,<br><br>                    Plaintiff,<br><br>     -v-<br><br>LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD,<br><br>                    Defendants.<br><hr>LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P.,<br><br>                    Counterclaimants,<br><br>     -v-<br><br>WELLS FARGO SECURITIES, LLC,<br><br>                    Counter-Defendant | CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the status conference held today, May 3, 2022, the Court orders as follows:

1. The discovery schedule is extended as follows:

    a. Party and third-party depositions shall be completed by **August 26, 2022**;

    b. Opening expert reports shall be served by **September 9, 2022**;

    c. Rebuttal expert reports shall be served by **October 24, 2022**;

    d. Expert depositions shall be completed by **November 28, 2022**;

    e. Motions for summary judgment shall be filed by **December 28, 2022**; and

2. By **August 5, 2022**, the parties shall file a joint status letter reporting on the progress of depositions, including the number of completed depositions and the schedule for any remaining depositions.

Dated:    New York, New York        SO ORDERED.
            May 3, 2022

_____
**SARAH L. CAVE**
**United States Magistrate Judge**