UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO SECURITIES, LLC,<br><br>                  Plaintiff,<br><br>-v-<br><br>LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD,<br><br>                  Defendants.<br><br>LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P.,<br><br>                  Counterclaimants,<br><br>-v-<br><br>WELLS FARGO SECURITIES, LLC,<br><br>                  Counter-Defendant. | CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

Before the Court is the letter filed by Plaintiff-Counter-Defendant Wells Fargo Securities LLC ("WFS") concerning alleged deficiencies in the expert disclosures of Defendants-Counterclaimants LJM Investment Fund, L.P. et al. ("LJM").  (ECF No. 196 (the "Letter")). Pursuant to the telephonic discovery conference held today, March 30, 2023 (the "Conference"), the Court orders as follows:

1. LJM shall produce to WFS (i) an email and (ii) a spreadsheet that Matthew T. Hoffman ("Mr. Hoffman") cited in the original appendix to his report dated February 24, 2023

(the "Report"), but LJM subsequently removed. Based on the discussion during the Conference, the Court finds that Mr. Hoffman did rely on these two documents in preparing his Report, and therefore, they must be disclosed pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(ii).

2. LJM shall **promptly** direct WFS as to how to locate in LJM's prior productions (i) the February 28, 2018 financial statements, and (ii) the June 15, 2017 Illinois Annual Report.

3. WFS's request to strike the expert disclosures (ECF No. 196-3 (the "Expert Disclosures")) as to Anthony Caine ("Caine") and Anish Parvateneni ("Parvateneni") is DENIED.

4. By **Thursday, April 13, 2023**, LJM shall provide supplemental disclosures for Caine and Parvateneni to address (i) the deposition testimony and documents on which they would rely in offering any of the five opinions they list in the Expert Disclosures, and (ii) further exposition as to those opinions.

5. **All** rebuttal expert reports must be served by **Thursday, May 11, 2023**.

6. **All** expert depositions shall be completed by **Friday, June 16, 2023**.

7. By **Friday, June 23, 2023**, the parties shall file a letter (the "Letter") (i) certifying the completion of expert discovery, and (ii) advising whether they would like the Court to hold a settlement conference.

8. The Court will set a deadline for motions for summary judgment following receipt of the Letter.

9. The parties shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to: etranscripts@nysd.uscourts.gov by **Monday, April 3, 2023**.

Dated:     New York, New York         SO ORDERED.
             March 30, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**