UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO SECURITIES, LLC, <br><br> Plaintiff, <br><br> -v- <br><br> LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD, <br><br> Defendants. <br><br> LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P., <br><br> Counterclaimants, <br><br> -v- <br><br> WELLS FARGO SECURITIES, LLC, <br><br> Counter-Defendant. | CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

A telephone conference is scheduled for **Friday, July 7, 2023 at 4:00 pm** on the Court's conference line to discuss the issues raised in the parties' letter at ECF No. 209. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. No further letters are required prior to the conference.

Dated:   New York, New York                    SO ORDERED.
         July 5, 2023

_____
SARAH L. CAVE
**United States Magistrate Judge**