UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO SECURITIES, LLC, <br><br>       Plaintiff, <br><br>-v- <br><br>LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD, <br><br>       Defendants. | CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC) <br><br>**ORDER** |
| LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P., <br><br>       Counterclaimants, <br><br>-v- <br><br>WELLS FARGO SECURITIES, LLC, <br><br>       Counter-Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge:

A telephone conference is scheduled for **Thursday, September 7, 2023 at 2:00 pm** on the Court's conference line to discuss the issues raised in the parties' letter at ECF No. 209. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York       SO ORDERED.
      August 21, 2023

                      _____
                      **SARAH L. CAVE**
                      **United States Magistrate Judge**