UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO SECURITIES, LLC,<br><br>        Plaintiff,<br><br>-v-<br><br>LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD,<br><br>        Defendants. | CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC)<br><br>**<u>ORDER</u>** |
| LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P.,<br><br>        Counterclaimants,<br><br>-v-<br><br>WELLS FARGO SECURITIES, LLC,<br><br>        Counter-Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the telephone conference held today, September 7, 2023 (the "Conference"), to discuss the issues raised in the parties' letter at ECF No. 209 (the "Letter"), the Court orders as follows:

1. By **September 21, 2023**, the parties shall file:

    a. a joint letter, no longer than three (3) pages, reporting on the status of:

      i. LJM's production of documents relating to the "hypothetical" and "alternate scenarios" that LJM's expert Matthew Hoffman used to calculate LJM's alleged damages (ECF No. 209 at 1); and

      ii. The parties' ability to reach an agreement on a stipulation regarding the scope of Anthony Caine's testimony on the topics raised in the Letter. (<u>Id.</u>)

  b. A proposed order regarding LJM's continuing obligation pursuant to Federal Rule of Civil Procedure 26(e)(1) to supplement its discovery disclosures and responses. If the parties are unable to agree on the language of the order, they may submit their competing proposals <u>without</u> <u>argument</u>.

2. The parties shall promptly order a transcript of the Conference.

Dated:    New York, New York
           September 7, 2023

SO ORDERED.

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**

2