UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Wells Fargo Securities, LLC,

                Plaintiff(s),                18CV2020-LTS-SLC

    -v-

LJM Investment Fund, L.P. et al.,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for June 13, 2025, is rescheduled to **October 10, 2025, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       June 4, 2025

                                            /s/ *Laura Taylor Swain*
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge