UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Wells Fargo Securities, LLC,

                   Plaintiff(s),                 18CV2020-LTS-SLC

        -v-

LJM Investment Fund, L.P. et al.,

                   Defendant(s).

-------------------------------------------------------------X

ORDER

       In light of the pending motion(s), the final pretrial conference scheduled for January 23, 2026, is rescheduled to April 24, 2026, at 11:00 AM. in Courtroom 17C.

       SO ORDERED.

Dated:  New York, New York

       January 21, 2026

                               /s/  Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge