MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Christopher J. Houpt**
Partner
T: +1 212 506 2380
F: +1 212 849 5830
CHoupt@mayerbrown.com

July 10, 2026

BY ECF

**MEMO ENDORSED**

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Rm. 17C
New York, NY 10007-1312

Re: *Wells Fargo Securities, LLC v. LJM Investment Fund, L.P., et al.*, No. 1:18-cv-02020-LTS-SLC

Dear Judge Swain:

We write on behalf of Plaintiff/Counter-defendants Wells Fargo Securities, LLC ("WFS") and Defendants LJM Investment Fund, L.P. and LJM Partners, Ltd., and Counterclaimants LJM Investment Fund, L.P., LJM Partners, Ltd., LJM Master Trading Fund, L.P., LJM Offshore Fund, Ltd., and PFC-LJM Preservation and Growth Fund, L.P. There is a pretrial conference scheduled in this matter for Friday, July 24, 2026 at 11:00AM. I am unavailable on that date because of a previously scheduled family vacation. The parties have conferred and are available the week of August 10, 2026.

There has been one prior request (ECF 276) for an adjournment of the pretrial conference, which was granted (ECF 277).

If the Court has any questions, we are available at the Court's convenience.

Respectfully,

*/s/ Christopher J. Houpt*

Christopher J. Houpt

The foregoing request is granted. The conference scheduled for July 24, 2026 at 11:00AM is hereby adjourned to October 23, 2026 at 11:00AM. Docket no. 285 is resolved.

SO ORDERED.

July 13, 2026
/s/ Laura Taylor Swain, Chief USDJ