UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO SECURITIES, LLC,

Plaintiff,

-v-

LJM INVESTMENT FUND, L.P. and LJM PARTNERS, LTD,

Defendants.

LJM INVESTMENT FUND, L.P., LJM MASTER TRADING FUND, L.P., LJM OFFSHORE FUND, LTD., and PFC-LJM PRESERVATIONS AND GROWTH FUND, L.P.,

Counterclaimants,

-v-

WELLS FARGO SECURITIES, LLC,

Counter-Defendant.

CIVIL ACTION NO.: 18 Civ. 2020 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court held a telephone conference on October 13, 2026 (the "Conference") to discuss settlement and any outstanding pretrial issues following the Court's Opinion and Order denying the motion for summary judgment filed by Plaintiff and Counter Defendant Wells Fargo Securities, LLC ("WFS"). (Dkt. No. 287). As discussed at the Conference, by **October 27, 2026**, the parties shall file a joint letter (the "Letter") updating the Court on the status of scheduling a private mediation. The parties are further directed to meet and confer regarding the discovery

issues raised at the Conference, including WFS' letter motion at Dkt. No. 274, and shall identify any outstanding issues ripe for the Court's attention in the Letter.

Dated: New York, New York
October 13, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**